IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY THOMPSON,

    Plaintiff,

v.

MOTEL 6,

    Defendant.
                                /

No. C-07-06370  (EDL)

**ORDER DEFERRING RULING ON IFP; REQUESTING ADDITIONAL INFORMATION**

The Court is in receipt of Plaintiff's application to proceed in forma pauperis. Plaintiff, however, omitted certain information from that application: the present balance in his bank account and present cash assets, if any. Plaintiff shall provide the Court with this information no later than **February 18, 2008**, so that the Court may rule on his application.

**IT IS SO ORDERED.**

Dated: January 29, 2008

                                                        _Elizabeth D. Laporte_
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California