**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

January 29, 2008

**Robert J. Douglas**
Law Office of Robert J. Douglas
1095 Market Street, #419-A
San Francisco, CA 94103

     **Re: C 07-06370** EDL
     **JERRY THOMPSON** v. **MOTEL 6**

Dear Counsel:

     This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

     The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

     A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please select one of the attached forms documenting your consent or request for reassignment and file it with the Court by **February 8, 2008.**  These forms can also be found on the Court's website at www.cand.uscourts.gov.

     Thank you.

                        RICHARD W. WIEKING

                    By: _____
                           Lili M. Harrell
                           Deputy Clerk

Attachments

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JERRY THOMPSON**

       Plaintiff(s),               No. C **07-06370** EDL

    v.                      **CONSENT TO PROCEED BEFORE A**
                                **UNITED STATES MAGISTRATE JUDGE**

**MOTEL 6**

       Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                    Signature

                                    Counsel for _____
                                    (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JERRY THOMPSON**

       Plaintiff(s),

  v.

**MOTEL 6**

       Defendant(s).

_____/

No. C **07-06370** EDL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO
A DISTRICT JUDGE**,

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

_____
Signature

_____
Counsel for _____
(Name or party or indicate "pro se")