**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

March 14, 2008

**Robert J. Douglas**
Law Office of Robert J. Douglas
1095 Market Street, #419-A
San Francisco, CA 94103

*Second Notice*

    **Re: C 07-06370** EDL
    **JERRY THOMPSON** v. **MOTEL 6**

Dear Counsel:

    As you are aware, this matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    This Court previously requested for you to select one of the attached forms to document your consent or request reassignment. Additionally, the Court issued an order requesting additional information regarding plaintiff's application for leave to proceed in forma pauperis. The order dated January 29, 2008 is attached for your convenience. A review of the file discloses that there has been no response by your office. Please provide the information requested and file your consent or request for reassignment by **March 21, 2008.** These forms can also be found on the Court's website at www.cand.uscourts.gov.

    Thank you.

                                        RICHARD W. WIEKING

                          By: *Lili M. Harrell*
                                  Lili M. Harrell
                                  Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JERRY THOMPSON**

      Plaintiff,                       No. C **07-06370** EDL

     v.                             **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**MOTEL 6**

      Defendant.
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____              _____
                                                         Signature

                                                         Counsel for _____
                                                         (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JERRY THOMPSON**

    Plaintiff,

v.

**MOTEL 6**

    Defendant.
_____/

No. C **07-06370** EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE**,

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    _____
                                                                           Signature

                                                                           Counsel for _____
                                                                           (Name or party or indicate "pro se")

*United States District Court — For the Northern District of California* (left margin)