IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTEL 6,<br><br>    Defendant.<br>_____ / | No. C-07-06370 (EDL)<br><br>**ORDER DEFERRING RULING ON IFP; REQUESTING ADDITIONAL INFORMATION** |

The Court is in receipt of Plaintiff's application to proceed in forma pauperis. Plaintiff, however, omitted certain information from that application: the present balance in his bank account and present cash assets, if any. Plaintiff shall provide the Court with this information no later than **February 18, 2008**, so that the Court may rule on his application.

**IT IS SO ORDERED.**

Dated: January 29, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge