**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 22, 2008

Case No:  **C-07-06370 EDL**

Case Name:  **JERRY THOMPSON v. MOTEL 6**

Attorneys:     Pltf: No appearance          Deft:

Deputy Clerk:  Lili M. Harrell              FTR Digital Recorder: 12:01pm-12:02pm
                                            (Time: 1 min )

**<u>PROCEEDINGS</u>:**
        Order to Show Cause - Not held


**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   for

**Notes:**

cc: