IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY THOMPSON,   No. C-07-06370 (EDL)

    Plaintiff,   **REPORT AND RECOMMENDATION**

  v.

MOTEL 6,

    Defendant.
                                      /

On January 29, 2008, the Court issued an order deferring ruling on Plaintiff's application to proceed in forma pauperis ("IFP"). Because Plaintiff omitted certain information from that application (the present balance in his bank account and present cash assets), the Court ordered Plaintiff to provide the Court with that information no later than February 18, 2008, so that the Court could rule on his application. The Court made multiple unsuccessful attempts to contact counsel regarding the status of this requested information. In addition, Plaintiff's counsel did not respond regarding the two clerk's notices regarding consent to proceed before a United States Magistrate Judge. Accordingly, on April 3, 2008 the Court issued an order to show cause why Plaintiff's case should not be dismissed. That order outlined Plaintiff's failure to prosecute his case as well as the venue problems apparent from Plaintiff's complaint. Neither Plaintiff nor Plaintiff's counsel appeared for the April 22, 2008 show cause hearing.

///
///
///
///

1   Accordingly, because Plaintiff's IFP application remains incomplete, and because venue
2 appears to be improper, the Court recommends denying the IFP request and dismissing the case for
3 improper venue and for failure to prosecute.

4   Any party may serve and file specific written objections to this recommendation within ten
5 (10) business days after being served with a copy. 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b); Civil
6 Local Rule 72-3 . Failure to file objections within the specified time may waive the right to appeal
7 the District Court's order.

8   **IT IS SO RECOMMENDED.**

9 Dated: April 24, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2