**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMPSON, | No. C-07-06370 (EDL) |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| MOTEL 6, | |
| Defendant. / | |

In view of the Report and Recommendation dated April 24, 2008, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: April 24, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge