**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY THOMPSON,

    Plaintiff,

 v.

MOTEL 6,

    Defendant.
                                  /

No. C 07-06370 WHA

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court is in receipt of the report and recommendation on plaintiff's application to proceed in forma pauperis, filed on April 24, 2008, by Magistrate Judge Elizabeth Laporte. Because no objections were filed, this order accepts and adopts the recommendation in full. The IFP request is denied and the case is dismissed for improper venue and failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 6, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE